ACCEPTED
03-16-00631-CV
13881806
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 3:13:26 PM
JEFFREY D. KYLE
CLERK

**CASE NO. 03-16-00631-CV**

_____

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 3:13:26 PM
JEFFREY D. KYLE
Clerk

_____

TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES,
*Appellant*,

v.

CHERYL WALLACE,
*Appellee*.

On Appeal from the 126th Judicial District Court of Travis County, Texas;
Cause No. D-1-GN-14-003182; Before the Honorable Orlinda Naranjo

**APPELLANT'S SECOND UNOPPOSED
MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellant, Texas Department of Family and Protective Services ("the Department"), files its Second Unopposed Motion to Extend Time to File Appellant's Brief, pursuant to Tex. R. Appellate Proc. 10.5(b) and 38.6. In support hereof, the undersigned would respectfully show the Court the following:

Appellant's Brief is due on November 22, 2016. Appellant requests a 17-day extension (taking into account the Thanksgiving Holiday) to December 9, 2016. In

addition to the cases cited in Appellant's First Unopposed Motion to Extend Time which resulted in the initial request for an additional 15 days in which to file, Appellant was required to prepare for hearings:

*Shantell Washington d/b/a Cozy Kids Child Care Academy v. Texas Department of Family and Protective Services*, Cause No. 2016-73247, heard in the ancillary court of Harris County, Texas, on November 14, 2016;

*Ex Parte A.T.*, Cause No. 2016CI16377, In the 150th Judicial District Court of Bexar County, Texas. This cause was set for hearing on November 17, 2016. This cause required significantly more preparatory work than counsel initially planned;

Appellant has a hearing in Cause No. D-1-GN-16-000767, *Eleanor Janice Law v. University of Texas System, and Texas Higher Education Coordinating Board and Teacher Retirement System of Texas and Texas Optional Retirement System, et. al.*, set for November 28, 2016;

Appellant has a hearing in Cause No. 2016-30247, *Ex Parte HCV,* in the 113th Judicial District Court of Harris County, Texas, on December 2, 2016.

Additionally, Appellant has other cases requiring attention.

This request is not being made for purposes of delay only.

For the reasons stated above, Appellant respectfully requests that the Court grant a 17–day extension of time in which to file Appellant's Brief, to December 9, 2016, and for such other and further relief to which it may be justly entitled.

2

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

NICHOLE BUNKER-HENDERSON
Chief, Administrative Law Division


/s/ Ellen M. Sameth
ELLEN M. SAMETH
Assistant Attorney General
Texas State Bar No. 17555550
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas  78711-2548
Telephone: (512) 936-1838
Facsimile:  (512) 457-4608
E-mail: ellen.sameth@oag.texas.gov
ATTORNEYS FOR TEXAS DEPARTMENT OF
FAMILY AND PROTECTIVE SERVICES


## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Martin Cirkiel, Appellee's counsel, on November 18, 2016, regarding this request, and that Appellee is unopposed to the granting of the requested extension of time in which to file Appellant's Brief.

3

/s/ Ellen M. Sameth
Ellen M. Sameth
Assistant Attorney General

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 18, 2016, a true and correct copy of the foregoing document was served via the Court's ECF system and via electronic mail to counsel of record:

Martin J. Cirkiel
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
marty@cirkielaw.com

/s/ Ellen M. Sameth
Ellen M. Sameth
Assistant Attorney General